570 S.E.2d 212 (2002)
356 N.C. 288
In the Matter of MITCHELL, M., a minor child, d.o.b. 12/24/94.
In the Matter of Mitchell, K., a minor child, d.o.b. 01/16/98.
In the Matter of Mitchell, K., a minor child, d.o.b. 02/06/96.
No. 127A02.
Supreme Court of North Carolina.
October 4, 2002.
Womble Carlyle Sandridge & Rice, P.L.L.C., by Stuart A. Brock, Winston-Salem, for appellant Guardian ad Litem.
Charles W. McKeller, Brevard, for respondent-appellee Cynthia Chatman.
PER CURIAM.
The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion.
REVERSED.